

**Entered on Docket
September 24, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada  89101
Telephone:  (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re:<br><br>FIORELLA SOPHIA TEALDO,<br><br>Debtor. | BK-S-10-24799-BAM<br>Chapter 13<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |
|---|---|

**ORDER DISMISSING CHAPTER 13
CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C §521(i) in that the Debtor has not filed all of the required Schedules.  The Debtor has also failed to file the Statement of Financial Affairs.  The 45 day period expired on September 20, 2010.

. . .

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtors failure to comply with 11 U.S.C. §521(i).

**IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount of $150.00 per quarter that case is pending.

DATED this 24th day of September, 2010.

Submitted by:

_/s/ signature_
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###